**Electronically Filed
Supreme Court
SCWC-21-0000364
11-MAY-2023
09:14 AM
Dkt. 31 OCOR**

SCWC-21-0000364

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

TROY D. BORGE, JR., Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000364; CR. NO. 2CPC-20-0000288)

SECOND ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed March 15, 2023, is corrected as follows:

On page 17, in the second line of the first full footnote, the word "testimony" shall be inserted between the word "Clifton's" and the word "cured."

On page 18, the first instance of the word "only" shall be deleted in the heading for section IV.B.1.

On page 24, the word "now" shall be replaced with the word "not" in the heading for section IV.B.2.c.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, May 11, 2023.

/s/ Sabrina S. McKenna

Associate Justice

